UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHAEL TEDESCHI,<br><br>**Plaintiff,**<br><br>vs.<br><br>**EQUIFAX INFORMATION SERVICES LLC,**<br><br>**Defendant.** | Case No.: |

| | |
|---|---|
| Michael Tedeschi<br>207 Sidewinder St.<br>Gwinn, MI 49841<br>(906) 346-2661<br>Email: mjted@hotmail.com<br>*Pro Se Plaintiff* | CLARK HILL PLC<br>Jordan S. Bolton<br>500 Woodward Avenue,<br>Ste. 3500<br>Detroit, MI  48226-3435<br>(313) 965-8300<br>Email:  JBolton@clarkhill.com<br>*Attorneys for Equifax Information Services LLC* |

## NOTICE OF REMOVAL

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, hereby files this Notice of Removal of this action from the 96th District Court, wherein it is now pending as Case No. M170421GC, to the United States District Court for the Western District of Michigan.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Equifax shows this Court as follows:

1.  An action was filed on June 8, 2017 in the 96th District Court, entitled

1

*Tedeschi v. Equifax Information Services LLC,* Case No. M170421GC (the "State Court Action").

2. Equifax was served with the Complaint on June 12, 2017.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the 96th District Court, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

2

215958793.1 19933/193087

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted this 30th day of June, 2017.

/s/ *Jordan S. Bolton*
Jordan S. Bolton
CLARK HILL, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Tel. (313) 965-8300
Fax (313) 965-8252
jbolton@clarkhill.com

David Centner
CLARK HILL, PLC
200 Ottawa Avenue N.W., Suite 500
Grand Rapids, MI  49503
Tel. 616.608.1106
Fax 616.608.1166
dcentner@clarkhill.com
*Attorneys* for *Equifax Information Services LLC*

3

215958793.1 19933/193087

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2017, a copy of the foregoing was sent via U.S. Mail to the following:

Michael Tedeschi
207 Sidewinder St.
Gwinn, MI 49841

/s/Jordan S. Bolton

215958793.1 19933/193087